# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

130534(46)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ROBERT M. ROWE,
      Plaintiff-Appellant,

v

CHILDREN'S HOSPITAL OF MICHIGAN,
      Defendant-Appellee.

SC: 130534
COA: 264379
Wayne CC: 05-505661-NO

_____/

On order of the Court, the motion for reconsideration of this Court's October 31, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

p0122

                Clerk